# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 21, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135406

AUBREY STANLEY, #257143

      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

_____

SC: 135406
CoA: 278194

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of January 3, 2008, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 21, 2008

_____
Clerk

jm